UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 3 1 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

LINDA ENGLER and
SHERRYN HOLSWORTH,

RECEIVED
OCT 27 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Plaintiffs,

Case No: CV05-04133

v.

~~PROPOSED~~ ORDER

EMERGING VISION, INC. and
SITE FOR SORE EYES
OPTICIANS, INC.,

Defendants.

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(i), and the notice filed by Plaintiffs pro se, this action is dismissed without prejudice inasmuch as no answer or a motion for summary judgment has been filed.

Dated: OCT 3 1 2005

_____
U.S.D.J.